Michael E. Sullivan, Esq. (SBN 5142)
Barry L. Breslow, Esq. (SBN 3023)
Scott L. Hernandez, Esq. (SBN 13147)
**ROBISON, BELAUSTEGUI, SHARP & LOW**
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
*Attorneys for Defendant*
*Chattem Chemicals, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| H&H PHARMACEUTICALS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CHATTEM CHEMICALS, INC., a foreign corporation; SUN PHARMACEUTICAL INDUSTRIES, LTD., a foreign limited corporation, DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02148-GMN-VCF<br><br>(Clark County Case No. A-16-741460-C)<br><br>STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT<br><br>(FIRST REQUEST) |

Plaintiff H&H Pharmaceuticals, LLC ("H&H") filed its Complaint on August 10, 2016, in the Eighth Judicial District Court of the State of Nevada, Clark County. On September 12, 2016, Defendant Chattem Chemicals, Inc. ("Chattem") filed a Petition for Removal in the United States District Court for the District of Nevada. (See Dkt. 1 & 3 (Notice of Corrected Image/Document)).

In order to provide Chattem with additional time to answer or otherwise move this Court for relief, the parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

Pursuant to Local Rule 6-1, Chattem's deadline to answer the Complaint or otherwise move the Court for Relief is hereby extended from Monday, September 19, 2016 to Thursday, September 29, 2016.

The parties also acknowledge that H&H will promptly file and serve a proposed First Amended Complaint, correcting the name of Co-Defendant "Sun Pharmaceutical Industries, Ltd." to "Sun Pharmaceutical Industries, Inc.," pursuant to Fed. R. Civ. P. 15(a)(2). Chattem does not admit or otherwise concede any of the allegations contained in the proposed First Amended Complaint and will respond to those allegations by answer or otherwise.[1] Such agreement to file the proposed First Amended Complaint between the parties will be the subject of a separate stipulation.

Dated: September 16, 2016

MAIER GUTIERREZ AYON

By /s/ Joseph A. Gutierrez
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
Attorneys for Plaintiff

Dated: September 16, 2016

ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation

By /s/ Scott L. Hernandez
MICHAEL E. SULLIVAN, ESQ.
BARRY L. BRESLOW, ESQ.
SCOTT L. HERNANDEZ, ESQ.
71 Washington Street
Reno, NV 89503
Attorneys for Defendant Chattem Chemicals, Inc.

IT IS SO ORDERED.

Dated: This 16th day of September, 2016

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

---

[1] It is anticipated that Chattem's counsel will be representing Sun Pharmaceutical Industries, Inc., as well.

2

CORE/9990000.6391/128894301.1