Michael E. Sullivan, Esq. (SBN 5142)
Barry L. Breslow, Esq. (SBN 3023)
Scott L. Hernandez, Esq. (SBN 13147)
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503
Tel: (775) 329-3151
Fax: (775) 329-7941
Email: msullivan@rbsllaw.com
bbreslow@rbsllaw.com
shernandez@rbsllaw.com

CICELY I. LUBBEN, pro hac vice
STINSON LEONARD STREET LLP
7700 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105
Email: cicely.lubben@stinson.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

H&H Pharmaceuticals, LLC,

Plaintiff,

vs.

CHATTEM CHEMICALS, INC., SUN PHARMACEUTICAL INDUSTRIES, INC., DOES I-X, and ROE CORPORATIONS I-X, INCLUSIVE,

Defendants.
_______________________________/

Case No.: 2:16-cv-02148-GMN-VCF

**DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION TO DISMISS UNDER SEAL**

Defendants Chattem Chemicals, Inc. ("Chattem") and Sun Pharmaceutical Industries, Inc. ("Sun") (together, "Defendants"), do hereby move the Court for leave to file under seal their Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion to Dismiss"), according to the provisions of D. Nev. R. IA 10-5. In support thereof, Defendants state:

1. A court may seal court records for good cause if the interests served by non-disclosure outweigh the right of the public access to judicial records. *See Nixon v. Warner Comnc'ns*, 435 U.S. 589, 598 (1978).

2. In support of their Motion to Dismiss, Defendants attach as **Exhibit 2** the Settlement Agreement upon which Plaintiff H&H Pharmaceuticals, LLC ("Plaintiff") bases its claims, and **EXHIBIT 3**, which consists of correspondence that includes a copy of the Settlement Agreement

3. Defendants also reference and describe various provisions from the Settlement Agreement throughout their Motion to Dismiss.

4. Paragraph 12 of the Settlement Agreement provides that the parties shall not disclose the provisions of the Settlement Agreement, except in limited circumstances not applicable here.

5. Paragraph 12 further states that nothing in paragraph 12 shall prevent the parties from asserting or pursuing any claim to enforce the terms of the Settlement Agreement.

6. Although Plaintiff has put the terms of the Settlement Agreement at issue by filing the current action, and Defendants should be permitted to disclose the provisions of the Settlement Agreement in connection with their defense of Plaintiff's claims, in an abundance of caution Defendants seek to file their Motion to Dismiss under seal to avoid any potential violation of paragraph 12 of the Settlement Agreement.

7. For the reasons stated in this Motion, good cause exists for sealing the Defendants' Motion to Dismiss, supporting memorandum, and exhibits.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Robison, Belaustegui,
Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151

WHEREFORE, Defendants Chattem Chemicals, Inc. and Sun Pharmaceutical Industries, Inc. respectfully request that the Court grant leave to file Defendants' Motion to Dismiss and accompanying exhibits under seal.

DATED this 29th day of September, 2016.

ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503

BY: /s/ MICHAEL E. SULLIVAN
MICHAEL E. SULLIVAN
BARRY L. BRESLOW
SCOTT L. HERNANDEZ

and

CICELY I. LUBBEN, *pro hac vice* pending
STINSON LEONARD STREET LLP
7700 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105

Attorneys for Defendants

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: 10-13-2016

Robison, Belaustegui, Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, BELAUSTEGUI, SHARP & LOW, and that on this date I caused to be served a true copy of **DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION TO DISMISS UNDER SEAL** on all parties to this action by the method(s) indicated below:

_____ by placing true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

__X__ by using the Court's CM/ECF Electronic Notification System addressed to:

Luis A. Ayon, Esq.
Joseph A. Gutierrez, Esq.
**Mayer Gutierrez Ayon**
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
*Attorneys for Plaintiff*

_____ by personal delivery/hand delivery addressed to:

_____ by facsimile (fax) addressed to:

_____ by Federal Express/UPS or other overnight delivery addressed to:

DATED: This 29th day of September, 2016.

*/s/ Claudia Zaehringer*
CLAUDIA ZAEHRINGER

Robison, Belaustegui, Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151