1  LUIS A. AYON, ESQ.
   Nevada Bar No. 9752
2  JOSEPH A. GUTIERREZ, ESQ.
   Nevada Bar No. 9046
3  **MAIER GUTIERREZ AYON**
   8816 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148
   Telephone: 702.629.7900
5  Facsimile:  702.629.7925
   E-mail:     laa@mgalaw.com
6              jag@mgalaw.com

7  *Attorneys for Plaintiff H&H Pharmaceuticals, LLC*

8

9
                    **UNITED STATES DISTRICT COURT**
10
                          **DISTRICT OF NEVADA**
11

12  | H&H PHARMACEUTICALS, LLC, a Nevada limited liability company, | Case No.: 2:16-cv-02148-GMN-VCF |
    |---|---|
    | Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT [ECF NO. 15]** |
    | vs. | |
    | CHATTEM CHEMICALS, INC., a foreign corporation; SUN PHARMACEUTICALS INDUSTRIES, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | **(FIRST REQUEST)** |
    | Defendants. | |

20      IT IS HEREBY STIPULATED AND AGREED, by and between the parties, plaintiff H&H

21  Pharmaceuticals, LLC ("Plaintiff"), by and through its attorneys of record, the law firm MAIER

22  GUTIERREZ AYON and defendants Chattem Chemicals, Inc. and Sun Pharmaceuticals Industries, Inc.

23  (collectively "Defendants"), by and through their attorneys of record, the law firms of ROBISON,

24  BELAUSTEGUI, SHARP & LOW and STINSON LEONARD STREET LLP that the deadline for Plaintiff to

25  file an opposition to Defendants' motion to dismiss Plaintiff's complaint [ECF No. 15] filed under

26  seal on September 29, 2016, shall be continued for one week, until October 24, 2016.  Defendants

27  shall have up to and including November 15, 2016 to file any response to Plaintiff's opposition.

28  / / /



1

The requested extension is necessary to allow Plaintiff sufficient time to review and appropriately respond to Defendants' motion. This is the parties' first request for an extension and is not intended to cause delay or prejudice to any party.

DATED this 12th day of October, 2016.                    DATED this 12th day of October, 2016.

**MAIER GUTIERREZ AYON**                                  **ROBISON BELAUSTEGUI SHARP & LOW**

 __/s/ Luis A. Ayon_____              __/s/ Barry L. Breslow_____
LUIS A. AYON, ESQ.                                        MICHAEL E. SULLIVAN, ESQ.
Nevada Bar No. 9752                                       Nevada Bar No. 5142
JOSEPH A. GUTIERREZ, ESQ.                                 BARRY L. BRESLOW, ESQ.
Nevada Bar No. 9046                                       Nevada Bar No. 3023
8816 Spanish Ridge Avenue                                 SCOTT L. HERNANDEZ, ESQ.
Las Vegas, Nevada 89148                                   Nevada Bar No. 13147
*Attorneys for Plaintiff*                                 71 Washington Street
*H&H Pharmaceuticals, LLC*                                Reno, Nevada 89503

Cicely I. Lubben, Esq.
*Admitted Pro Hace Vice*
**STINSON LEONARD STREET LLP**
7700 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105

*Attorneys for Defendants Chattem Chemicals, Inc. and Sun Pharmaceuticals Industries, Inc.*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Judge

DATED this __17__ day of October, 2016.

