Michael E. Sullivan, Esq. (SBN 5142)
Barry L. Breslow, Esq. (SBN 3023)
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503
Tel:   (775) 329-3151
Fax:   (775) 329-7941
Email: msullivan@rbsllaw.com
       bbreslow@rbsllaw.com

CICELY I. LUBBEN, pro hac vice
STINSON LEONARD STREET LLP
7700 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105
Email: cicely.lubben@stinson.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| H&H Pharmaceuticals, LLC, | Case No.: 2:16-cv-02148-GMN-VCF |
| Plaintiff, | |
| vs. | **DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS UNDER SEAL** |
| CHATTEM CHEMICALS, INC., SUN PHARMACEUTICAL INDUSTRIES, LTD., DOES I-X, and ROE CORPORATIONS I-X, INCLUSIVE, | |
| Defendants. | |

Defendants Chattem Chemicals, Inc. ("Chattem") and Sun Pharmaceutical Industries, Inc. ("Sun") (together, "Defendants"), do hereby move the Court for leave to file under seal their Reply in Support of Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) (the "Reply"), according to the provisions of D. Nev. R. IA 10-5. In support thereof, Defendants state:

1. A court may seal court records for good cause if the interests served by non-disclosure outweigh the right of the public access to judicial records. *See Nixon v. Warner Commnc'ns*, 435 U.S. 589, 598 (1978).

Stinson Leonard Street LLP
7700 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105
(314) 863-0800

1

CORE/0830820.0010/130178402.1

2. In support of their Reply, Defendants reference the Settlement Agreement upon which Plaintiff H&H Pharmaceuticals, LLC ("Plaintiff") bases its claims.

3. Defendants also describe various provisions from the Settlement Agreement throughout their Reply.

4. Paragraph 12 of the Settlement Agreement provides that the parties shall not disclose the provisions of the Settlement Agreement, except in limited circumstances not applicable here.

5. Paragraph 12 further states that nothing in paragraph 12 shall prevent the parties from asserting or pursuing any claim to enforce the terms of the Settlement Agreement.

6. Although Plaintiff has put the terms of the Settlement Agreement at issue by filing the current action, and Defendants should be permitted to disclose the provisions of the Settlement Agreement in connection with their defense of Plaintiff's claims, in an abundance of caution Defendants seek to file their Reply under seal to avoid any potential violation of paragraph 12 of the Settlement Agreement.

7. For the reasons stated in this Motion, good cause exists for sealing the Defendants' Reply in Support of Motion to Dismiss Plaintiff's Complaint.

WHEREFORE, Defendants Chattem Chemicals, Inc. and Sun Pharmaceutical Industries, Inc. respectfully request that the Court grant leave to file Defendants' Reply in Support Motion to Dismiss Plaintiff's Complaint under seal.

DATED this 15th day of November, 2016.

> STINSON LEONARD STREET LLP
> 7700 Forsyth Boulevard, Suite 1100
> St. Louis, MO  63105-1821
>
> BY:   /s/ CICELY I. LUBBEN
> CICELY I. LUBBEN, *pro hac vice*
>
> and

Stinson Leonard Street LLP
7700 Forsyth Blvd.
Suite 1100.
St. Louis, MO 63105
(314) 863-0800

2

CORE/0830820.0010/130178402.1

1  
2  
3  
4  

MICHAEL E. SULLIVAN  
BARRY L. BRESLOW  
SCOTT L. HERNANDEZ  
ROBISON, BELAUSTEGUI, SHARP & LOW  
71 Washington Street  
Reno, Nevada 89503  

Attorneys for Defendants

5  
6  
7  
8  
9  
10  
11  
12  
13  

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE  
DATED: _____12-28-2016_____

14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Stinson Leonard  
Street LLP  
7700 Forsyth Blvd.  
Suite 1100.  
St. Louis, MO 63105  
(314) 863-0800  

3  

CORE/0830820.0010/130178402.1

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of STINSON LEONARD STREET LLP, and that on this date I caused to be served a true copy of the attached **DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS UNDER SEAL** on all parties to this action by the method(s) indicated below:

_____ by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

__X__ by using the Court's CM/ECF Electronic Notification System addressed to:

> Luis A. Ayon, Esq.
> Joseph A. Gutierrez, Esq.
> **Maier Gutierrez Ayon**
> 8816 Spanish Ridge Avenue
> Las Vegas, NV 89148
> *Attorneys for Plaintiff*

_____ by personal delivery/hand delivery addressed to:

_____ by facsimile (fax) addressed to:

_____ by Federal Express/UPS or other overnight delivery addressed to:

DATED this 15th day of November, 2016.

           */s/ Tracey S. West*
           TRACEY S. WEST

Stinson Leonard Street LLP
7700 Forsyth Blvd.
Suite 1100.
St. Louis, MO 63105
(314) 863-0800

4

CORE/0830820.0010/130178402.1