1  LUIS A. AYON, ESQ.
   Nevada Bar No. 9752
2  JOSEPH A. GUTIERREZ, ESQ.
   Nevada Bar No. 9046
3  **MAIER GUTIERREZ AYON**
   8816 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148
   Telephone: 702.629.7900
5  Facsimile:  702.629.7925
   E-mail:    laa@mgalaw.com
6             jag@mgalaw.com

7  *Attorneys for Plaintiff H&H Pharmaceuticals, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| H&H PHARMACEUTICALS, LLC, a Nevada limited liability company, | Case No.: 2:16-cv-02148-GMN-VCF |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO STAY REMAINING DISCOVERY PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT [ECF NO. 15]** |
| vs. | |
| CHATTEM CHEMICALS, INC., a foreign corporation; SUN PHARMACEUTICALS INDUSTRIES, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Plaintiff H&H Pharmaceuticals, LLC ("Plaintiff"), by and through its attorneys of record, the law firm MAIER GUTIERREZ AYON and defendants Chattem Chemicals, Inc. and Sun Pharmaceuticals Industries, Inc. (collectively "Defendants"), by and through their attorneys of record, the law firms of ROBISON, BELAUSTEGUI, SHARP & LOW and STINSON LEONARD STREET LLP, hereby stipulate to request the Court to accept and institute a limited stay of the remaining discovery pending resolution of Defendants' motion to dismiss Plaintiff's complaint [ECF No. 15] filed under seal on September 29, 2016.  On October 24, 2016, Plaintiff filed an opposition to Defendants' motion to dismiss [ECF No. 22].  Thereafter, Defendants' filed under seal their reply in support of the motion to dismiss [ECF No. 27] on November 15, 2016.



1

1  The parties have proceeded with conducting discovery but are in agreement that the costs for
2  retaining the various experts needed in this complex case will continue to accumulate at a fast pace,
3  whereas the discovery costs could potentially become more manageable based on the outcome of
4  Defendants' pending motion to dismiss.  Because Plaintiffs have asserted eleven separate claims for
5  relief, the parties respectfully request that discovery and the dispositive motion deadline be stayed
6  until it is clear what claims are going to survive the pleading phase, so that no further costs are
7  expended on potentially unnecessary discovery.

8  This is the parties' first request to stay discovery.  The parties bring forth this request in good
9  faith and not for the purpose of delay.  It is important to note that a trial date has not yet been set in
10 this case, and as such, the trial will not need to be postponed due to the requested stay.

11 DATED this 20th day of March, 2017.    DATED this 20th day of March, 2017.

12 **MAIER GUTIERREZ AYON**    **STINSON LEONARD STREET LLP**

14 __/s/ Luis A. Ayon_____    __/s/ Cicely I. Lubben_____
LUIS A. AYON, ESQ.    Cicely I. Lubben, Esq.
Nevada Bar No. 9752    *Admitted Pro Hace Vice*
15 JOSEPH A. GUTIERREZ, ESQ.    7700 Forsyth Blvd., Suite 1100
Nevada Bar No. 9046    St. Louis, Missouri 63105
16 8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148    MICHAEL E. SULLIVAN, ESQ.
17 *Attorneys for Plaintiff*    Nevada Bar No. 5142
*H&H Pharmaceuticals, LLC*    BARRY L. BRESLOW, ESQ.
18     Nevada Bar No. 3023
    SCOTT L. HERNANDEZ, ESQ.
19     Nevada Bar No. 13147
    **ROBINSON BELAUSTEGUI SHARP & LOW**
20     71 Washington Street
    Reno, Nevada 89503
21     *Attorneys for Defendants Chattem Chemicals,*
    *Inc. and Sun Pharmaceuticals Industries, Inc.*
22

23 IT IS HEREBY ORDERED that a status hearing
is scheduled for 2:00 PM, July 10, 2017,
in Courtroom 3D.    **IT IS SO ORDERED.**
24

25

26 _____
UNITED STATES MAGISTRATE JUDGE
27

28 DATED this 20th day of March, 2017.



2