Michael E. Sullivan, Esq. (SBN 5142)
Barry L. Breslow, Esq. (SBN 3023)
Scott L. Hernandez, Esq. (SBN 13147)
**ROBISON, BELAUSTEGUI, SHARP & LOW**
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone:    (775) 329-3151
*Attorneys for Defendant*
*Chattem Chemicals, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| H&H PHARMACEUTICALS, LLC, a Nevada limited liability company, | Case No.:    2:16-cv-02148-GMN-VCF |
| Plaintiff, | (Clark County Case No.  A-16-741460-C) |
| v. | |
| CHATTEM CHEMICALS, INC., a foreign corporation; SUN PHARMACEUTICAL INDUSTRIES, LTD., a foreign limited corporation, DOES I-X, and ROE CORPORATIONS I-X, inclusive, | **ORDER GRANTING ~~EX PARTE~~ MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD AND REMOVE NAME FROM CM/ECF SERVICE LIST AND MASTER MAILING MATRIX** |
| Defendants. | No Hearing Required |

The Court having reviewed the Ex Parte Motion to Ex Parte Motion to Withdraw as Co-Counsel of Record and Remove Name from CM/ECF Service List and Master Mailing Matrix filed by Barry L. Breslow, Esq., and good cause appearing,

IT IS HEREBY ORDERED Barry L. Breslow, Esq. is permitted withdraw as co-counsel of record on behalf of Chattem Chemicals, Inc.; and

IT IS FURTHER ORDERED that the Clerk will remove Barry L. Breslow's name from

/ / /

/ / /

/ / /

/ / /

/ / /

the CM/ECF service list and master mailing matrix in the above-captioned case.

Dated this __10__ day of April, 2017.

Submitted by:

ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151

By: ___/s/ Barry L. Breslow, Esq.___
   Barry L. Breslow, Esq. (SBN 3023)
   Michael E. Sullivan, Esq. (SBN 5142)
   Scott L. Hernandez, Esq. (SBN 13147)

   Attorneys for Chattem Chemicals, Inc.


IT IS SO ORDERED.

Dated: This ___14th___ day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE