# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| H&H PHARMACEUTICALS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> CHATTEM CHEMICALS, INC., *et al.*, <br><br> Defendants. | 2:16-cv-02148-GMN-VCF <br> **MINUTE ORDER** |

Due to a conflict on the Court's calendar, IT IS HEREBY ORDERED that the hearing scheduled for 2:00 PM, July 10, 2017 is RESCHEDULED to 2:00 PM, July 12, 2017, in Courtroom 3D.

DATED this 15th day of June, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE