LUIS A. AYON, ESQ.
Nevada Bar No. 9752
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
**MAIER GUTIERREZ AYON**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail:    laa@mgalaw.com
           jag@mgalaw.com

*Attorneys for Plaintiff H&H Pharmaceuticals, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| H&H PHARMACEUTICALS, LLC, a Nevada limited liability company, | Case No.: 2:16-cv-02148-GMN-VCF |
| Plaintiff, | **UNOPPOSED MOTION FOR OUT OF STATE COUNSEL TO APPEAR BY TELEPHONE AT STATUS HEARING** |
| vs. | |
| CHATTEM CHEMICALS, INC., a foreign corporation; SUN PHARMACEUTICALS INDUSTRIES, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Defendants Chattem Chemicals, Inc. and Sun Pharmaceuticals Industries, Inc. (collectively "Defendants"), by and through their attorneys of record, the law firms of ROBISON, BELAUSTEGUI, SHARP & LOW and STINSON LEONARD STREET LLP, hereby submit this Unopposed Motion for Out of State Counsel to Appear by Telephone at Status Conference, and in support thereof state as follows:

1. The Status Hearing is currently scheduled for July 12, 2017, at 2:00 p.m.

2. Pursuant to the Court's March 20, 2017 Order, discovery in this matter is stayed pending resolution of Defendants' motion to dismiss Plaintiff's complaint [ECF No. 15].



CORE/0830820.0010/133947463.1

1

3. Counsel for the parties conferred via telephone conference on July 6, 2017, and confirmed that both parties wish to continue the stay pending resolution of Defendant's motion to dismiss Plaintiff's complaint.
4. Defendants' out of state counsel, Julie Scheipeter (*pro hac vice pending*) is located in St. Louis, Missouri, and would incur significant costs to appear in person for the Status Hearing.
5. To avoid these significant costs, Defendants request that the Court permit Ms. Scheipeter to appear and participate by telephone for the Status Hearing.
6. Counsel for Plaintiff does not oppose this request.

WHEREFORE, Defendants respectfully request that the Court permit Ms. Scheipeter to appear and participate in the Status Hearing by telephone.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 7th day of July, 2017.

ROBISON BELAUSTEGUI SHARP & LOW

_____
MICHAEL E. SULLIVAN, ESQ.
Nevada Bar No. 5142
BARRY L. BRESLOW, ESQ.
Nevada Bar No. 3023
SCOTT L. HERNANDEZ, ESQ.
Nevada Bar No. 13147
71 Washington Street
Reno, Nevada 89503

Julie C. Scheipeter
*Pro Hace Vice Pending*
STINSON LEONARD STREET LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105

*Attorneys for Defendants Chattem Chemicals, Inc. and Sun Pharmaceuticals Industries, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

DATED this 7th day of July, 2017.

2