KAEMPFER CROWELL
Robert McCoy, No. 9121
Joni A. Jamison, No. 11614
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: jjamison@kcnvlaw.com

TUCKER ELLIS LLP
Cicely I. Lubben
100 South Fourth Street
Suite 600
St. Louis, Missouri 63102
Telephone: (314) 256-2550
Facsimile: (314) 256-2549
Email: cicely.lubben@tuckerellis.com

Attorneys for Defendants Chattem Chemicals, Inc.
and Sun Pharmaceuticals Industries, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| H&H PHARMACEUTICALS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CHATTEM CHEMICALS, INC., a foreign corporation; SUN PHARMACEUTICALS INDUSTRIES, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:16-cv-02148-GMN-VCF<br><br>SUBSTITUTION OF ATTORNEY |

Pursuant to Local Rule IA 11-6, defendants Chattem Chemicals, Inc. and Sun Pharmaceuticals Industries, Inc. substitutes Kaempfer Crowell, 1980 Festival Plaza Drive, Suite

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2070843_1.docx

Page 1 of 4

650, Las Vegas, Nevada 89135, (702) 792-7000, as attorney of record in the place of Stinson Leonard Street LLP and Robison Belaustegui Sharp & Low. Tucker Ellis LLP will continue representing defendants Chattem Chemicals, Inc. and Sun Pharmaceuticals Industries, Inc.

DATED: 12/11/2017

CHATTEM CHEMICALS, INC. AND SUN PHARMACEUTICALS INDUSTRIES, INC.

By: _____

Name: Gabriela Materassi

Its: Interim Head of Litigation

**CONSENT**

I consent to this substitution.

DATED: _____

STINSON LEONARD STREET LLP.

By:_____
Julie Scheipeter
7700 Forsyth Boulevard
Suite 1100
St. Louis, Missouri 63105

I consent to this substitution.

DATED: _____

ROBISON BELAUSTEGUI SHARP & LOW

By:_____
Scott L. Hernandez
Barry L. Breslow
Michael E. Sullivan
71 Washington Street
Reno, Nevada 89503

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

Sub of Atty - Chattem Chemicals

Page 2 of 4

650, Las Vegas, Nevada 89135, (702) 792-7000, as attorney of record in the place of Stinson Leonard Street LLP and Robison Belaustegui Sharp & Low. Tucker Ellis LLP will continue representing defendants Chattem Chemicals, Inc. and Sun Pharmaceuticals Industries, Inc.

DATED:_____  CHATTEM CHEMICALS, INC. AND SUN
PHARMACEUTICALS INDUSTRIES, INC.

By:_____

Name:_____

Its:_____

**CONSENT**

I consent to this substitution.

DATED: 12/8/2017          STINSON LEONARD STREET LLP.

By: _____[signature]_____
Julie Scheipeter
7700 Forsyth Boulevard
Suite 1100
St. Louis, Missouri 63105

I consent to this substitution.

DATED:_____

ROBISON BELAUSTEGUI SHARP & LOW

By:_____
Scott L. Hernandez
Barry L. Breslow
Michael E. Sullivan
71 Washington Street
Reno, Nevada 89503

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2070843_1.docx

Page 2 of 4

650, Las Vegas, Nevada 89135, (702) 792-7000, as attorney of record in the place of Stinson Leonard Street LLP and Robison Belaustegui Sharp & Low. Tucker Ellis LLP will continue representing defendants Chattem Chemicals, Inc. and Sun Pharmaceuticals Industries, Inc.

DATED:_____

CHATTEM CHEMICALS, INC. AND SUN PHARMACEUTICALS INDUSTRIES, INC.

By:_____

Name:_____

Its:_____

## CONSENT

I consent to this substitution.

DATED: _____

STINSON LEONARD STREET LLP.

By:_____
   Julie Scheipeter
   7700 Forsyth Boulevard
   Suite 1100
   St. Louis, Missouri 63105

I consent to this substitution.

DATED: Dec 20, 2017

ROBISON SIMONS SHARP & BRUST

By: *(signature)*
   Scott L. Hernandez
   Michael E. Sullivan
   71 Washington Street
   Reno, Nevada 89503

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

Sub of Atty - Chattem Chemicals

Page 2 of 4

# ACCEPTANCE

2         I accept this substitution.

3  DATED: _Dec. 22, 2017_         KAEMPFER CROWELL

4                                           By: _/s/ Joni Jamison_

5                                           Robert McCoy, No. 9121
Joni A. Jamison, No. 11614
6                                           1980 Festival Plaza Drive
Suite 650
7                                           Las Vegas, Nevada 89135

8                                           TUCKER ELLIS LLP
Cicely I. Lubben
9                                           100 South Fourth Street
Suite 600
10                                         St. Louis, Missouri 63102

11                                     **ORDER**

12         APPROVED.

13

14                                         _/s/_

15                                     UNITED STATES ~~DISTRICT~~ JUDGE
                                                Magistrate
16                                         DATED: _____

17                                         1-2-2018

18

19

20

21

22

23

24

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2070843_1.docx

Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing **SUBSTITUTION OF ATTORNEY** was made this date by electronic means through the Court's CM/ECF program to each of the following:

MAIER GUTIERREZ AYON
Luis A. Ayon
Bar No. 9752
Joseph A. Gutierrez
Bar No. 9046
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 629-7900
(702) 629-7925 Facsimile
Email: laa@mgalaw.com
       jag@mglaw.com

*Attorney for Plaintiff*

DATED this 22nd day of December, 2017.

                                            /s/ Heather Suter
                                        an employee of Kaempfer Crowell

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2070843_1.docx

Page 4 of 4