KAEMPFER CROWELL
Robert McCoy, No. 9121
Joni A. Jamison, No. 11614
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: jjamison@kcnvlaw.com

TUCKER ELLIS LLP
Cicely I. Lubben (*pro hac vice*)
100 South 4th Street
Suite 600
St. Louis, MO 63102
Telephone: (314) 256-2550
Facsimile: (314) 256-2549
Email: cicely.lubben@tuckerellis.com

Attorneys for Defendants Chattem Chemicals, Inc.
and Sun Pharmaceuticals Industries, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| H&H PHARMACEUTICALS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>*vs.*<br><br>CHATTEM CHEMICALS, INC., a foreign corporation; SUN PHARMACEUTICALS INDUSTRIES, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:16-cv-02148-GMN-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE STAY AND VACATE STATUS CHECK** |

The parties stipulate as follows:

1.      Proceedings in this matter are currently stayed pending the Court's decision on defendants' motion to dismiss [ECF No. 15].

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2222640_1.docx   18386.1

Page 1 of 2

2.    A status check for this matter is currently scheduled for October 9, 2018 at 10:00 a.m.

3.    At the last status check on May 7, 2018, Magistrate Judge Cam Ferenbach informed the parties that they could stipulate to vacate the October 9, 2018 status check if there have been no new developments in the case and if all parties wish for the stay to remain in place.

4.    The Court has not yet issued a ruling on defendants' motion to dismiss, and there have not been any other new or significant developments in the case since that time.

5.    All parties stipulate that the stay should remain in place until the Court rules on the pending motion to dismiss.

6.    All parties also stipulate to vacate the status check scheduled for October 9, 2018.

MAIER GUTIERREZ & ASSOCIATES

By  /s/  Danielle Barraza  
    Joseph A. Gutierrez, No. 9046  
    Danielle Barraza, No. 13822  
    8816 Spanish Ridge Avenue  
    Las Vegas, Nevada 89148

Attorneys for Plaintiff H&H Pharmaceuticals, LLC

KAEMPFER CROWELL

By  /s/ Joni A. Jamison  
    Robert McCoy, No. 9121  
    Joni A. Jamison, No. 11614  
    1980 Festival Plaza Drive  
    Suite 650  
    Las Vegas, Nevada 89135

TUCKER ELLIS LLP  
Cicely I. Lubben (*pro hac vice*)  
100 South 4th Street, Suite 600  
St. Louis, Missouri 63102

Attorneys for Defendants Chattem Chemicals, Inc. and Sun Pharmaceuticals Industries, Inc.

**ORDER**

IT IS SO ORDERED.

IT IS HEREBY ORDERED that a status hearing scheduled for 10:00 AM, April 1, 2019, in Courtroom 3D.

_____  
UNITED STATES MAGISTRATE JUDGE  
October 9, 2018  
DATED: _____

**KAEMPFER CROWELL**  
1980 Festival Plaza Drive  
Suite 650  
Las Vegas, Nevada  89135

2222640_1.docx  18386.1

Page 2 of 2