| | |
|---|---|
| 1 | KAEMPFER CROWELL<br>Robert McCoy, No. 9121 |
| 2 | Joni A. Jamison, No. 11614<br>1980 Festival Plaza Drive |
| 3 | Suite 650<br>Las Vegas, Nevada 89135 |
| 4 | Telephone: (702) 792-7000<br>Facsimile: (702) 796-7181 |
| 5 | Email: rmccoy@kcnvlaw.com<br>Email: jjamison@kcnvlaw.com |
| 6 | |
| 7 | TUCKER ELLIS LLP<br>Cicely I. Lubben |
| 8 | 100 South Fourth Street<br>Suite 600 |
| 9 | St. Louis, Missouri 63102<br>Telephone: (314) 256-2550 |
| 10 | Facsimile: (314) 256-2549<br>Email: cicely.lubben@tuckerellis.com |
| 11 | Attorneys for Defendants Chattem Chemicals, Inc.<br>and Sun Pharmaceuticals Industries, Inc. |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| H&H PHARMACEUTICALS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CHATTEM CHEMICALS, INC., a foreign corporation; SUN PHARMACEUTICALS INDUSTRIES, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:16-cv-02148-GMN-VCF<br><br>**STIPULATION TO EXTEND DEADLINE FOR SUBMISSION OF JOINT DISCOVERY PLAN** |

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2464149_1

Page 1 of 3

Plaintiff H&H Pharmaceuticals, LLC and Defendants Chattem Chemicals, Inc. and Sun Pharmaceuticals Industries, Inc. stipulate the extend the November 22, 2019 deadline for submitting a joint discovery plan and scheduling order by 60 days for the following reasons:

1. There is a currently pending before the Court a fully briefed motion to dismiss (ECF Nos. 15, 22, 27).

2. On March 20, 2017, the parties stipulated to stay discovery pending the Court's decision on that motion. (ECF No. 31). The Court entered an order on that stipulation staying discovery that same day. (ECF No. 32).

3. The Court has held multiple status conferences and, each time, continued that stay pending decision on the motion to dismiss. (ECF Nos. 40, 46, 47, 49, 50).

4. At the most recent status conference, on October 7, 2019, the Court informed the parties that decision was anticipated on the motion to dismiss shortly, and therefore set a November 22, 2019 deadline for submitting a joint discovery plan and scheduling order, if necessary. (ECF No. 53).

5. The Court has not yet issued a ruling on the motion to dismiss, and there have not been any other new or significant developments in the case since that time.

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2464149_1

Page 2 of 3

6. The parties agree that the current stay should remain in place until the Court rules on the pending motion to dismiss and request the Court extend the deadline for submitting a joint discovery plan and scheduling order for 60 days.

| MAIER GUTIERREZ & ASSOCIATES | KAEMPFER CROWELL |
|---|---|
| By /s/ Danielle Barraza <br> Joseph A. Gutierrez, No. 9046 <br> Danielle Barraza, No. 13822 <br> 8816 Spanish Ridge Avenue <br> Las Vegas, Nevada 89148 <br><br> Attorneys for Plaintiff <br> H&H Pharmaceuticals, LLC | By /s/ Robert McCoy <br> Robert McCoy, No. 9121 <br> 1980 Festival Plaza Drive, Suite 650 <br> Las Vegas, Nevada 89135 <br><br> TUCKER ELLIS LLP <br> Cicely I. Lubben *(pro hac vice)* <br> 100 South 4th Street, Suite 600 <br> St. Louis, Missouri 63102 <br><br> Attorneys for Defendants Chattem Chemicals, Inc. and Sun Pharmaceuticals Industries, Inc. |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 12-6-2019

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2464149_1

Page 3 of 3