# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| H&H PHARMACEUTICALS, LLC, a Nevada limited liability company, | |
| Plaintiff, | 2:16-cv-02148-GMN-VCF |
| vs. | **ORDER** |
| CHATTEM CHEMICALS, INC., a foreign corporation; SUN PHARMACEUTICALS INDUSTRIES, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Before the Court is Plaintiff's Emergency Motion to Compel Discovery (ECF NO. 80).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Emergency Motion to Compel Discovery (ECF NO. 80) will be briefed in the ordinary course.

IT IS FURTHER ORDERED that the dispositive motion and joint pretrial order deadlines are vacated pending further order of the Court.

DATED this 28th day of June, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE