1  JOSEPH A. GUTIERREZ, ESQ.
   Nevada Bar No. 9046
2  DANIELLE J. BARRAZA, ESQ.
   Nevada Bar No. 13822
3  MAIER GUTIERREZ & ASSOCIATES
   8816 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148
   Telephone: 702.629.7900
5  Facsimile:  702.629.7925
   E-mail:    jag@mgalaw.com
6             djb@mgalaw.com

7  *Attorneys for Plaintiff H&H Pharmaceuticals, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| H&H PHARMACEUTICALS, LLC, a Nevada limited liability company, | Case No.: 2:16-cv-02148-GMN-VCF |
|---|---|
| Plaintiff, | **STIPULATION AND REQUEST FOR AN ORDER TO EXTEND THE BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 89]** |
| vs. | |
| CHATTEM CHEMICALS, INC., a foreign corporation; SUN PHARMACEUTICALS INDUSTRIES, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | **(First Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, plaintiff H&H Pharmaceuticals, LLC ("Plaintiff"), by and through its attorneys of record, the law firm MAIER GUTIERREZ & ASSOCIATES, and defendants Chattem Chemicals, Inc. and Sun Pharmaceuticals Industries, Inc. (collectively "Defendants"), by and through their attorneys of record, the law firms of KAEMPFER CROWELL and TUCKER ELLIS LLP, that the deadline for Plaintiff to file a response to Defendants' motion for summary judgment [ECF No. 89] filed on November 23, 2021, shall be continued from December 14, 2021, to and including **January 4, 2022**. Defendants shall have up to and including **January 25, 2022** to file any reply to Plaintiff's response.

1

The requested extension is necessary to allow Plaintiff sufficient time to review and appropriately respond to Defendants' motion for summary judgment, and to allow Defendants sufficient time to prepare a reply brief, in light of holiday schedules and commitments which have required this additional time. This is the parties' first request for an extension and is not intended to cause delay or prejudice to any party.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 8th day of December 2021. | DATED this 8th day of December 2021. |
| **MAIER GUTIERREZ & ASSOCIATES** | **KAEMPFER CROWELL** |
| /s/ Danielle J. Barraza | /s/ Cicely I. Lubben |
| _____ | _____ |
| JOSEPH A. GUTIERREZ, ESQ.<br>Nevada Bar No. 9046<br>DANIELLE J. BARRAZA, ESQ.<br>Nevada Bar No. 13822<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>*Attorneys for Plaintiff*<br>*H&H Pharmaceuticals, LLC* | ROBERT MCCOY, ESQ.<br>Nevada Bar No. 9121<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br><br>Cicely I. Lubben, Esq.<br>*Admitted Pro Hace Vice*<br>**TUCKER ELLIS LLP**<br>100 South Fourth Street, Suite 600<br>St. Louis, Missouri 63102<br>*Attorneys for Defendants Chattem Chemicals,*<br>*Inc. and Sun Pharmaceuticals Industries, Inc.* |

**IT IS SO ORDERED.**

Dated this __8__ day of December, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2