JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
MAIER GUTIERREZ & ASSOCIATES
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile:  702.629.7925
E-mail:    jag@mgalaw.com
           djb@mgalaw.com

*Attorneys for Plaintiff H&H Pharmaceuticals, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| H&H PHARMACEUTICALS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CHATTEM CHEMICALS, INC., a foreign corporation; SUN PHARMACEUTICALS INDUSTRIES, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:    2:16-cv-02148-GMN-VCF<br><br>**STIPULATION AND REQUEST FOR AN ORDER TO EXTEND THE BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 89]**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, plaintiff H&H Pharmaceuticals, LLC ("Plaintiff"), by and through its attorneys of record, the law firm MAIER GUTIERREZ & ASSOCIATES, and defendants Chattem Chemicals, Inc. and Sun Pharmaceuticals Industries, Inc. (collectively "Defendants"), by and through their attorneys of record, the law firms of KAEMPFER CROWELL and TUCKER ELLIS LLP, that the deadline for Plaintiff to file a response to Defendants' motion for summary judgment [ECF No. 89] filed on November 23, 2021, shall be continued from January 4, 2022, to and including **January 11, 2022**. Defendants shall have up to and including **February 1, 2022** to file any reply to Plaintiff's response.

The requested extension is necessary to allow Plaintiff sufficient time to review and appropriately respond to Defendants' motion for summary judgment, and to allow Defendants sufficient time to prepare a reply brief, in light of holiday schedules which created staffing issues, and commitments which have required this additional time. This is the parties' second request for an extension and is not intended to cause delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 3rd day of January 2022.

**MAIER GUTIERREZ & ASSOCIATES**

/s/ Danielle J. Barraza

_____
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*
*H&H Pharmaceuticals, LLC*

DATED this 3rd day of January 2022.

**KAEMPFER CROWELL**

/s/ Cicely I Lubben

_____
ROBERT MCCOY, ESQ.
Nevada Bar No. 9121
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Cicely I. Lubben, Esq.
*Admitted Pro Hace Vice*
**TUCKER ELLIS LLP**
100 South Fourth Street, Suite 600
St. Louis, Missouri 63102
*Attorneys for Defendants Chattem Chemicals, Inc. and Sun Pharmaceuticals Industries, Inc.*

**IT IS SO ORDERED.**

Dated this __4__ day of January, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2