# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| H&H PHARMACEUTICALS, LLC, a Nevada limited liability company,<br><br>    Plaintiff(s),<br><br>v.<br><br>CHATTEM CHEMICALS, INC., a foreign corporation; SUN PHARMACEUTICAL INDUSTRIES, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendant(s). | 2:16-cv-02148-GMN-VCF<br>**ORDER** |

  Before the court is the *H&H Pharmaceuticals, LLC v. Chattem Chemicals, Inc., et al.*, case number 2:16-cv-2148-GMN-VCF.

  The court had granted the parties' stipulation to continue the settlement conference (ECF No. 107).

  Accordingly,

  IT IS HEREBY ORDERED that the settlement conference is RESCHEDULED to 10:00 AM, May 11, 2022. The settlement statement is due by 4:00 PM, May 4, 2022. All else as stated in the order (ECF No. 105) setting the settlement conference remains unchanged.

  DATED this 28th day of March 2022.

                         _____
                         CAM FERENBACH
                         UNITED STATES MAGISTRATE JUDGE