Eric Kohli (NV Bar No. 15763)
LEWIS ROCA ROTHGERBER CHRISTIE, LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
EKohli@LewisRoca.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| H&H PHARMACEUTICALS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CHATTEM CHEMICALS, INC. a foreign corporation; and SUN PHARMACEUTICALS INDUSTRIES, INC., a foreign corporation<br><br>Defendants. | CDS-EJY<br>Case No.: 2:16-cv-02148-~~GMN-VCF~~ |

**SUBSTITUTION OF ATTORNEY**

Plaintiff H&H PHARMACEUTICALS, LLC, hereby substitutes attorney Eric Kohli at the law firm of LEWIS ROCA ROTHGERBER CHRISTIE, LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada 89169, (702) 949-8200, as attorney of record in place and stead of present attorney Joseph A. Gutierrez of MAIER GUITIERREZ & ASSOCIATES, 8816 Spanish Ridge Avenue, Las Vegas NV 89148, (702) 629-7900.

DATED this 12th day of June, 2024.

By: */s/ Shahn Hack*
    Shahn Hack,
    H&H PHARMACEUTICALS, LLC

1

124634476.1

We hereby agree to be substituted in the place of Joseph A. Gutierrez of MAIER GUTIERREZ & ASSOCIATES in the above-entitled action as attorneys for Plaintiff, H&H PHARMACEUTICALS, LLC.

DATED this 12th day of June 2024.

LEWIS ROCA ROTHGERBER CHRISTIE, LLP

By: */s/ Eric Kohli*
Eric N. Kohli (NV Bar No. 15763)
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
EKohli@LewisRoca.com

We hereby consent to the foregoing substitution of the law firm of LEWIS ROCA ROTHGERBER CHRISTIE, LLP, as attorneys of record for Plaintiff.

DATED this 12th day of June, 2024.

MAIER GUTIERREZ & ASSOCIATES

By: */s/ Joseph A. Gutierrez*
Joseph A. Gutierrez (NV Bar No. 9046)
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel: (702) 629-7900
jag@mgalaw.com

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: June 18, 2024

2

124634476.1