1  Eric N. Kohli (NV Bar No. 15763)
   Dan Waite (NV Bar No. 4078)
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Parkway, Suite 600
3  Las Vegas, NV  89169
   T: (702) 949.8200
4  EKohli@LewisRoca.com
   DWaite@LewisRoca.com
5
   *Attorneys for Plaintiff H&H Pharmaceuticals, LLC*
6

7              UNITED STATES DISTRICT COURT
                  DISTRICT OF NEVADA
8

9  H&H PHARMACEUTICALS, LLC, a          Case No.:  2:16-cv-02148-CDS-EJY
   Nevada limited liability company,
10
           Plaintiff,                    **PLAINTIFF'S UNCONTESTED**
11                                       **MOTION FOR EXTENSION OF**
   vs.                                   **TIME FOR PLAINTIFF TO**
12                                       **FILE ITS MOTION FOR LEAVE**
   CHATTEM CHEMICALS, INC., a foreign    **TO AMEND**
13 corporation; SUN PHARMACEUTICAL
   INDUSTRIES, INC., a foreign corporation,   **[RENEWED FIRST REQUEST]**
14
           Defendants.
15

16

17         Plaintiff, H&H PHARMACEUTICALS, LLC, through its counsel, moves for an

18 extension of time related to Plaintiff's motion for leave to amend its Amended Complaint.

19         Pursuant to the Status Conference held by the Court on June 21, 2024, and the

20 Court's subsequent Minute Entry on June 25, 2024, Plaintiff must file a motion for leave

21 to amend by July 12, 2024. (ECF No. 152.) Further, Defendants' response is due by July

22 26, 2024, and Plaintiff's reply is due by August 2, 2024. (*Id.*)

23         Plaintiff respectfully requests a two-week extension to the first two of those three

24 deadlines. With such extension, Plaintiff's motion will be due by July 29, 2024,

25 Defendants' response will be due by August 26, 2024, Further, with a 1 week extension,

26 Plaintiff's reply will be due by September 10, 2024.

27         Good cause exists for this extension, under L.R. IA 6-1(a) because the issues in this

28 matter are complex, with a complex history and a complicated background. Additionally,

1

1  the current Court is new to this case, whereby it will be helpful to flesh out the facts and
2  issues in better detail. The additional time will serve the parties and the Court well in terms
3  of a more fulsome discussion and analysis in each party's briefs.
4      This is the first requested extension, it will not prejudice any party, and will not
5  significantly delay this matter or impact any other dates or deadlines.
6      Plaintiff's counsel conferred with Defendants' counsel, who does not oppose this
7  request.

DATED this 8th day of July, 2024.

**LEWIS ROCA**
**ROTHGERBER CHRISTIE LLP**

By: */s/ Eric N. Kohli*
Eric N. Kohli (NV Bar No. 15763)
Dan R. Waite (NV Bar No. 4078)
3993 Howard Hughes, Suite 600
Las Vegas, NV 89169
(702) 949-8200
EKohli@LewisRoca.com
DWaite@LewisRoca.com

*Attorneys for Plaintiff H&H*
*Pharmaceuticals, LLC*

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE
Dated: July 8, _____, 2024