UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| H&H PHARMACEUTICALS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CHATTEM CHEMICALS, INC., a foreign corporation; and SUN PHARMACEUTICALS INDUSTRIES, INC., a foreign corporation,<br><br>Defendants. | Case No. 2:16-cv-02148-CDS-EJY<br><br>**ORDER** |

Pending before the Court is H&H Pharmaceuticals' Moton for Leave to File Second Amended Complaint (ECF No. 157) filed on July 29, 2024. No timely response to the Motion was filed. No request for an extension of time was received from Defendants. Under Local Rule 7-2(d) the Court may treat the failure of opposing parties to timely respond to a motion as consent to grant the motion.

Accordingly, IT IS HEREBY ORDERED that H&H Pharmaceuticals' Motion for Leave to File Second Amended Complaint (ECF No. 157) is GRANTED.

IT IS FURTHER ORDERED that H&H Pharmaceuticals **must** file their Second Amended Complaint no later than **August 15, 2024**.

IT IS FURTHER ORDERED that Defendants' responsive pleading is due no later than **August 29, 2024**.

Dated this 13th day of August, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE