# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| H&H Pharmaceuticals, LLC, | Case No. 2:16-cv-02148-CDS-EJY |
| Plaintiff | **Order Vacating ECF No. 132** |
| v. | |
| Chattem Chemicals, Inc. et al., | |
| Defendants | |

The Ninth Circuit Court of Appeals vacated and remanded the district court's order awarding defendants Chattem Chemicals, Inc. and Sun Pharmaceutical Industries, Inc. $213,515.60 in attorney fees and $21,649.25 in costs. ECF No. 165. The mandate has issued (ECF No. 167), therefore, the Clerk of Court is kindly instructed to vacate the order granting in part and denying in part defendants' motion for attorney fees and costs (ECF No. 132).

Dated: November 14, 2024

_____
Cristina D. Silva
United States District Judge