UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| H&H Pharmaceuticals, LLC, | Case No. 2:16-cv-02148-CDS-EJY |
| Plaintiff | **Order Granting Joint Motion to Extend Deadlines** |
| v. | |
| Chattem Chemicals, Inc., et al., | [ECF No. 171] |
| Defendants | |

Plaintiff H&H Pharmaceuticals, LLC and defendants Chattem Chemicals, Inc. and Sun Pharmaceutical Industries, Inc., by way of motion, stipulate to extend the deadline for (1) H&H to respond to defendants' objection to the report and recommendation and (2) defendants to answer or otherwise respond to H&H's second amended complaint. Mot., ECF No. 171. The parties seek a fourteen-day extension, which would move the objection response deadline from December 10, 2024, to December 24, 2024. *Id.* The parties also request to extend the deadline to answer from December 10, 2024, until fourteen days after the objection is resolved.

Because the parties agree, their joint motion requesting an extension of time **[ECF No. 171] is GRANTED**. The deadline for H&H to file a response to the defendants' objection is extended to December 24, 2024; and the deadline for defendants to file an answer or otherwise respond to the second amended complaint is due fourteen days after the objection is resolved.

Counsel are again reminded to update their caption to reflect the correct case number: **2:16-cv-02148-CDS-EJY**. *See* ECF No. 149; ECF No. 147; ECF No. 141.

Dated: December 9, 2024

_____
Cristina D. Silva
United States District Judge