| | |
|---|---|
| 1 | KAEMPFER CROWELL |
| | Robert McCoy, No. 9121 |
| 2 | 1980 Festival Plaza Drive, Suite 650 |
| | Las Vegas, Nevada 89135 |
| 3 | Telephone: (702) 792-7000 |
| | Facsimile: (702) 796-7181 |
| 4 | Email: rmccoy@kcnvlaw.com |
| 5 | TUCKER ELLIS LLP |
| | Cicely I. Lubben (*pro hac vice*) |
| 6 | 100 South 4th Street, Suite 600 |
| | St. Louis, Missouri 63102 |
| 7 | Telephone: (314) 256-2550 |
| | Facsimile: (314) 256-2549 |
| 8 | Email: cicely.lubben@tuckerellis.com |
| 9 | TUCKER ELLIS LLP |
| | Ethan W. Weber *(pro hac vice)* |
| 10 | 950 Main Avenue, Suite 1100 |
| | Cleveland, Ohio 44113 |
| 11 | Telephone: (216) 592-5000 |
| | Facsimile: (216) 592-5009 |
| 12 | Email: ethan.weber@tuckerellis.com |
| 13 | Attorneys for Defendants |
| | Chattem Chemicals, Inc. and Sun |
| 14 | Pharmaceuticals Industries, Inc. |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 17 | H&H PHARMACEUTICALS, LLC, a Nevada limited liability company, | Case No. 2:16-cv-02148-CDS-EJY |
| 18 | | |
| | Plaintiff, | |
| 19 | | **NOTICE OF DISASSOCIATION OF ATTORNEY AND REQUEST TO REMOVE FROM ELECTRONIC SERVICE LIST** |
| | vs. | |
| 20 | | |
| | CHATTEM CHEMICALS, INC., a foreign corporation; SUN PHARMACEUTICALS INDUSTRIES, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | Defendants. | |

KAEMPFER CROWELL

3935071_1  18386.1

Page 1 of 3

PLEASE TAKE NOTICE that attorney Joni A. Jamison is no longer associated with Kaempfer Crowell and may be removed from the service list for this case.

Kaempfer Crowell attorney Robert McCoy, as well as pro hac vice attorneys Cicely I. Lubben and Ethan W. Weber of Tucker Ellis LLP, remain as counsel for defendants Chattem Chemicals, Inc., and Sun Pharmaceuticals Industries, Inc.

KAEMPFER CROWELL

Robert McCoy, No. 9121
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

TUCKER ELLIS LLP
Cicely I. Lubben (*pro hac vice*)
100 South 4th Street, Suite 600
St. Louis, Missouri 63102

TUCKER ELLIS LLP
Ethan W. Weber (*pro hac vice*)
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113

Attorneys for Defendants
Chattem Chemicals, Inc., and Sun Pharmaceuticals Industries, Inc.

IT IS SO ORDERED.

U.S. MAGISTRATE JUDGE

Date: February 26, 2025