1  Eric N. Kohli
   Nevada Bar No. 15763
2  **PIERSON FERDINAND LLP**
   8635 W. Sahara Ave., Ste 625
3  Las Vegas, NV 89117
   Eric.Kohli@PierFerd.com
4  (702) 410-8331

5  *Attorneys for Plaintiff*
   *H&H Pharmaceuticals, LLC*

6

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| H&H PHARMACEUTICALS, LLC, a Nevada limited liability company, | Case No.: 2:16-cv-02148-CDS-EJY |
|---|---|
| Plaintiff, | **STIPULATED REQUEST FOR EXTENSION OF TIME** |
| vs. | |
| CHATTEM CHEMICALS, INC. a foreign corporation; and SUN PHARMACEUTICALS INDUSTRIES, INC., a foreign corporation | (First Request) |
| Defendants. | |

COME NOW, plaintiff H&H Pharmaceuticals, LLC ("Plaintiff") and defendants Chattem Chemicals, Inc. and Sun Pharmaceutical Industries, Inc., and hereby submit a stipulated request for a two-week extension of time for Plaintiff to oppose Defendants' Motion for Attorneys' Fees and Costs (ECF 195), which was filed on September 12, 2025.

This is the parties' first stipulation for extension of time for Plaintiff to file an opposition to Defendants' Motion.

## INTRODUCTION

The Court entered an order on August 29, 2025, denying Plaintiff's motion to amend its first amended complaint. (ECF 192.) On September 12, 2025, Defendants moved for attorneys' fees and costs. (ECF 195, "Motion.") Plaintiff's opposition to the Motion is due by September 26, 2025.

///

///

127087138.1

## DISCUSSION

The parties stipulate to an extension of two (2) weeks for Plaintiff to file an opposition to the Motion. The parties are in discussions to reach an agreement that will prevent a need for Plaintiff to oppose the Motion. A two-week extension should provide the parties adequate time to finalize and implement a potential agreement, thereby avoiding motion practice and a need for the Court to expend judicial resources.

Such extension will extend the deadline for Plaintiff's opposition to October 10, 2025.

## CONCLUSION

Accordingly, the parties respectfully request the Court to grant a two (2) week extension for Plaintiff to file its opposition.

DATED this 26th day of September, 2025.

**PIERSON FERDINAND LLP**

By: */s/ Eric N. Kohli*
Eric N. Kohli (NV Bar No. 15763)
8635 W. Sahara Ave., Ste. 625
Las Vegas, NV 89144
Eric.Kohli@PierFerd.com
(702) 410-8331

**KAEMPFER CROWELL**

By: /s/ Robert McCoy
Robert McCoy (NV Bar No. 9121)
1980 Festival Plaza Dr., Ste 650
Las Vegas, NV 89135
RMcCoy@KCNVlaw.com
(702) 792-7000

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 26, 2025

127087138.1